UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GAURAV TANEJA, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>APPLIED OPTOELECTRONICS, INC., THOMPSON LIN, and STEFAN MURRY,<br><br>          Defendants. | Case No.: 4:18-cv-3544 |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

In accordance with Federal Rule of Civil Procedure 7.1 and this Court's Order, Plaintiff Gaurav Taneja files this Certificate of Interested Parties, and identifies the following as persons and entities that may have a financial interest in the outcome of this litigation. Any publicly traded entities are underlined below.

Gaurav Taneja

<u>Applied Optoelectronics, Inc.</u>

Thompson Lin

Stefan Murry

| | |
|---|---|
| Dated: October 31, 2018 | By: /s/ Willie C. Briscoe<br>Willie C. Briscoe<br>Texas Bar No.: 24001788<br>Southern District No.: 25157<br>**THE BRISCOE LAW FIRM, PLLC**<br>3131 McKinney Avenue, Suite 600<br>Dallas, Texas 75204<br>214-643-6011<br>281-254-7789 (Facsimile)<br>wbriscoe@thebriscoelawfirm.com<br><br>**GLANCY PRONGAY & MURRAY LLP**<br>Lesley F. Portnoy<br>Charles H. Linehan<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160<br><br>**LAW OFFICES OF HOWARD G. SMITH**<br>Howard G. Smith<br>3070 Bristol Pike, Suite 112<br>Bensalem, PA 19020<br>Telephone: (215) 638-4847<br>Facsimile: (215) 638-4867<br><br>*Attorneys for Plaintiff Gaurav Taneja* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2018, the foregoing was served on all counsel of record via CM/ECF notification.

/s/ Willie C. Briscoe
WILLIE C. BRISCOE