# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| GAURAV TANEJA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED OPTOELECTRONICS, INC., THOMPSON LIN, and STEFAN MURRY,<br><br>Defendants. | Case No. 4:18-cv-03544<br><br>Judge Sim Lake<br><br>CLASS ACTION |
| DAVIN POKOIK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED OPTOELECTRONICS, INC., CHIH-HSIANG LIN, and STEFAN J. MURRY,<br><br>Defendants. | Case No. 4:18-cv-03722<br><br>Chief Judge Lee H. Rosenthal<br><br>CLASS ACTION |
| STEPHEN MCGRATH, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED OPTOELECTRONICS, INC., CHIH-HSIANG LIN, and STEFAN J. MURRY,<br><br>Defendants. | Case No. 4:18-cv-03914<br><br>Judge Sim Lake<br><br>CLASS ACTION |

**NOTICE OF FILING OF REQUEST FOR PRE-MOTION CONFERENCE**

PLEASE TAKE NOTICE that on December 5, 2018, Proposed Lead Plaintiff Mark Naglich filed the Request for Pre-Motion Conference (ECF No. 74) in *Abouzied v. Applied Optoelectronics, Inc., et al.*, No. 4:17-cv-02399 (S.D. Tex.), an unrelated securities class action against Applied Optoelectronics, Inc. pending in this District before the Honorable Vanessa D. Gilmore. This Request for Pre-Motion Conference is attached as Exhibit A.

**AJAMIE LLP**

*s/ Thomas R. Ajamie*
Thomas R. Ajamie, Attorney-in-Charge
Texas Bar No. 00952400
S.D. Tex. No. 6165
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
E-mail: tajamie@ajamie.com

*Proposed Liaison Counsel for the Class*

**KESSLER TOPAZ
   MELTZER & CHECK, LLP**
Naumon A. Amjed
Melissa L. Troutner
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email: namjed@ktmc.com
Email: mtroutner@ktmc.com

*Counsel for Mark Naglich and Proposed Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I certify that on December 5, 2018, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

*s/ Thomas R. Ajamie*
Thomas R. Ajamie
