**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| GAURAV TANEJA, Individually and On Behalf of All Others Similarly Situated, | Case No. 4:18-cv-03544 |
| Plaintiff, | Judge Sim Lake |
| | CLASS ACTION |
| v. | |
| APPLIED OPTOELECTRONICS, INC., THOMPSON LIN, and STEFAN MURRY, | |
| Defendants. | |
| DAVIN POKOIK, Individually and On Behalf of All Others Similarly Situated, | Case No. 4:18-cv-03722 |
| Plaintiff, | Chief Judge Lee H. Rosenthal |
| | CLASS ACTION |
| v. | |
| APPLIED OPTOELECTRONICS, INC., CHIH-HSIANG LIN, and STEFAN J. MURRY, | |
| Defendants. | |
| STEPHEN MCGRATH, Individually and On Behalf of All Others Similarly Situated, | Case No. 4:18-cv-03914 |
| Plaintiff, | Judge Sim Lake |
| | CLASS ACTION |
| v. | |
| APPLIED OPTOELECTRONICS, INC., CHIH-HSIANG LIN, and STEFAN J. MURRY, | |
| Defendants. | |

**NOTICE OF ORDER DENYING MOTION TO CONSOLIDATE**

PLEASE TAKE NOTICE that on December 12, 2018, the Honorable Vanessa D. Gilmore issued an Order denying Lawrence Rougier's motion to consolidate *Abouzied v. Applied Optoelectronics, Inc., et al.*, No. 4:17-cv-02399 (S.D. Tex.) ("*Abouzied*") with the above-captioned actions (the "Motion to Consolidate").  *See Abouzied*, ECF No. 75.  The Order denying the Motion to Consolidate is attached as Exhibit A.

Dated: December 13, 2018

Respectfully submitted,

**AJAMIE LLP**

*s/ Thomas R. Ajamie*
Thomas R. Ajamie, Attorney-in-Charge
Texas Bar No. 00952400
S.D. Tex. No. 6165
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
E-mail: tajamie@ajamie.com

*Proposed Liaison Counsel for the Class*

**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**
Naumon A. Amjed
Melissa L. Troutner
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email: namjed@ktmc.com
Email: mtroutner@ktmc.com

*Counsel for Mark Naglich and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I certify that on December 13, 2018, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

*s/ Thomas R. Ajamie*
Thomas R. Ajamie