United States District Court
Southern District of Texas
**ENTERED**
December 12, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MONA ABOUZIED, *et al*, § § § Plaintiffs, § VS. § § APPLIED OPTOELECTRONICS, INC., *et al*, § § § Defendants. § | CIVIL ACTION NO. 4:17-CV-2399 |

### ORDER

IT IS HEREBY ORDERED that Lawrence Rougier's Motion for Consolidation of Civil No. 4:17-cv-2399, Civil No. 4:18-cv-3544, Civil No. 4:18-cv-3722 and Civil No. 4:18-cv-3914 **(Instrument No. 67)** is **DENIED**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 12th day of December, 2018, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

Exhibit A