United States District Court
Southern District of Texas
**ENTERED**
January 29, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARK NAGLICH, § | |
| Lead Plaintiff, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. H-18-3544 |
| § | |
| APPLIED OPTOECLECTRONICS, § | |
| THOMPSON LIN, and § | |
| STEFAN J. MURRAY, § | |
| § | |
| Defendants. § | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order granting defendants' motion to dismiss, this action is **DISMISSED**.

Costs shall be taxed against the plaintiffs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 29th day of January, 2020.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE